NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

QUAYSHUN ADDNUS DONTE LEWIS,  )
DOC #Y50140,                  )
                              )
         Appellant,           )
                              )
v.                            )      Case No. 2D16-885
                              )
STATE OF FLORIDA,             )
                              )
         Appellee.            )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Robert P. Harris, Fort Myers, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


         Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.